**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DEMETRIUS COONRAD,**

    **Plaintiff,**

**vs.**                                                                 **CASE NO. 4:08CV261-MP/AK**

**FCI TALLAHASSEE, et al,**

    **Defendants.**

_____/

**REPORT AND RECOMMENDATION**

Plaintiff was directed to file an amended pleading by Order dated September 22, 2008, (doc. 13), and when no pleading was filed an Order to Show Cause was entered directing a response on or before October 31, 2008. (Doc. 14). There has been no further communication from the Plaintiff and he has failed to comply with the Court's last two orders.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has not complied with two orders of the Court

or otherwise prosecuted his lawsuit.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this *10th* day of February, 2009.

*s/ A Kornblum*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.