IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEMETRIUS COONRAD,

    Plaintiff,

v.          CASE NO. 4:08-cv-00261-MP-AK

FCI TALLAHASSEE, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, which recommends that this cause be dismissed for failure to prosecute and to obey an order of the Court. The Magistrate issued the Report on February 10, 2009. Plaintiff has not filed an objection, and the time to do so has passed. Upon consideration, the Court agrees with the Magistrate that this cause should be dismissed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge, Doc. 15, is ADOPTED and incorporated herein, and this case is DISMISSED without prejudice.

**DONE AND ORDERED** this   *12th* day of March, 2009

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge